**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                           **4:12-CR-00037-01-SWW**
                                  **4:17-CV-00034-SWW**

**REGINALD LAMONT TAYBORN**

## ORDER

Defendant's Motion to Vacate, Set Aside, or Correct Sentence (Doc. No. 71) is DENIED because it is a successive habeas petition.[1]

All successive § 2255 motions must be certified by the appropriate court of appeals before they are considered by this Court. Because Defendant did not obtain certification from the Eighth Circuit Court of Appeals, his petition must be dismissed for lack of jurisdiction

IT IS SO ORDERED this 24th day of January, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] Defendant filed a previous § 2255 motion, which was denied on June 15, 2016. Doc. No. 69.