IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 30 2021

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                              4:12-CR-00037 SWW-1

REGINALD LAMONT TAYBORN                                     DEFENDANT

*UNDER SEAL*

ORDER FOR WARRANT OF ARREST

Pending before the Court is the government's sealed motion for issuance of an arrest warrant [doc #89] based upon defendant's failure to comply with the conditions of his supervised release previously imposed by this Court. The Court finds that a warrant of arrest should issue for defendant in this matter to appear and show cause why his supervised release should not be revoked.

IT IS THEREFORE ORDERED that the Clerk of Court is directed to issue a warrant of arrest for **Reginald Lamont Tayborn,** and the United States Marshal is directed to serve the warrant and bring defendant forthwith to appear before the appropriate Magistrate Judge to make a determination regarding the issues of appointment of counsel and bond pending the final revocation hearing. Further, upon appearance of the defendant before the Magistrate Judge, a date for the final revocation hearing will be scheduled.

IT IS FURTHER ORDERED that this order be *sealed* for the safety of the U.S. Marshal Service and the U.S. Probation Office and that this order along with the sealed motion be copied only to those respective agencies pending warrant execution. Upon arrest of defendant, the motion and this order shall be unsealed and a copy sent to the defendant's counsel.

1

2

IT IS SO ORDERED this 30th day of April 2021.

<u>Susan Webber Wright</u>
UNITED STATES DISTRICT JUDGE

2