AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## Eastern District of Arkansas

Received
2021 APR 30 PM 3:10

FILED
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 04 2021

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| United States of America | |
| v. | Case No. 4:12CR00037-01 SWW |
| Reginald Lamont Tayborn | |
| *Defendant* | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   **Reginald Lamont Tayborn,**

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☒ Order of the Court

This offense is briefly described as follows:

**Violation of conditions of release**, as further explained in the attached documents.

Date: April 30, 2021

*Issuing officer's signature*

City and state:   Little Rock, Arkansas

JAMES W. MCCORMACK, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* May 3, 2021, and the person was arrested on *(date)* May 3, 2021
at *(city and state)* LR, AR

Date: 05/03/21

*Arresting officer's signature*

Robert J Hammons  DUSM
*Printed name and title*