PROB 12C-
ED/AR (12/2012)

# United States District Court

### for the

### Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 0 9 2021

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

## SUPERSEDING PETITION
### (Replacing previously filed petition, Docket Entry 89)

Name of Offender:   Reginald Lamont Tayborn          Case Number:   4:12CR00037-001 SWW

Name of Sentencing Judicial Officer:   Honorable Susan Webber Wright
United States District Judge

Original Offense:   Attempted Bank Robbery

Date of Sentence:   September 25, 2013

Original Sentence:   151 months Bureau of Prisons followed by 36 months supervised release

Type of
Supervision:   Supervised Release

Date Supervision Commenced:   February 8, 2021
Date Supervision Expires:   February 7, 2024

U. S. Probation
Officer:   Hannah Mackey

Asst. U.S.
Attorney:   Michael Gordon

Defense
Attorney:   To be appointed

---

## PETITIONING THE COURT

☒   To Issue a Sealed Warrant Pending Execution (cc: U.S. Probation and U.S. Marshal only)

☒   The Petition (Docket Entry 89) is denied as moot and superseded by this Petition

☐   To Issue a Summons

☐   Other

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Condition and Number | Nature of Noncompliance |
|---|---|---|
| 1 | Mandatory (1) | **The defendant shall not commit another federal, state, or local crime.** On April 28, 2021, Mr. Tayborn violated this condition of supervised release when he struck a woman in the face several times before stealing her car, as documented by the Affidavit for Warrant of Arrest by the Arkansas State Police, for Robbery (Class B felony), Theft of Property (Class C Felony), and 3rd Degree Battery (Class A misdemeanor). The charges are pending in Pulaski County District Court, case number PCS-21-1879. |
| 2 | Standard (2) | **The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.** On April 28, 2021, the U.S. Probation Office received information from the |

Prob 12C                                    - 2 -                                    Superseding Petition

Name of Offender:  Reginald Lamont Tayborn            Case Number:  4:12CR00037-001

Arkansas State Police that Mr. Tayborn is a suspect in a carjacking and assault that occurred in Little Rock, Arkansas. The probation office attempted to contact Mr. Tayborn but were unable to do so as his phone was off. Mr. Tayborn's mother, Ms. Deborah Thompson, was contacted and agreed to advise Mr. Tayborn to report to the probation office on April 29, 2021, at 8:00 a.m. as directed by the probation officer. Mr. Tayborn failed to report as directed. The probation office confirmed with Ms. Thompson that she advised Mr. Tayborn to report to the probation office and Ms. Thompson further advised she had no knowledge of Mr. Tayborn's whereabouts. On April 30, 2021, Mr. Tayborn's mother confirmed she saw Mr. Tayborn and again,
advised Mr. Tayborn that the probation officer was trying to contact him, but she did not know where Mr. Tayborn was staying.

Mr. Tayborn's whereabouts were unknown until he called the probation office on May 3, 2021, and reported to the probation office as instructed.

I declare under penalty of perjury that the foregoing is true and correct.

_Hannah Mackey_
Hannah Mackey
U.S. Probation Officer

Executed on ___May 5, 2021___

Approved by:

_[signature]_
Supervising U.S. Probation Officer

The U.S. Attorney's Office submits this petition to be filed with Criminal Docketing as a motion.

_[signature]_
Michael Gordon
Assistant U.S. Attorney

Executed on ___5/31/21___

Prob 12C                      - 3 -                              Superseding Petition

Name of Offender:  Reginald Lamont Tayborn                  Case Number:  4:12CR00037-001

THE COURT ORDERS:

- ☐ To Issue a Sealed Warrant Pending Execution (cc: U.S. Probation and U.S. Marshal only)
- ☒ The Petition (Docket Entry 89) is denied as moot and superseded by this Petition
- ☐ To Issue a Summons
- ☐ No Action
- ☐ Other

_____
Honorable Susan Webber Wright
United States District Judge

_____6/9/2021_____
Date