IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | 4:12-CR-00037-SWW |
| | ) | |
| REGINALD LAMONT TAYBORN | ) | |

**RESPONSE TO DEFENDANT'S PRO SE MOTION FOR A NEW ATTORNEY**

In support of this response, Undersigned Counsel states:

1. Defendant is currently set for a revocation hearing on June 17, 2021.

2. On June 10, 2020, undersigned counsel was appointed to represent Mr. Tayborn to assist Mr. Tayborn with his pro se Motion to Reduce Sentence. Doc 80 and Doc 74, respectively.

3. Undersigned Counsel met with Mr. Tayborn at the West Tennessee Detention Facility on October 8, 2020. Mr. Tayborn was released to supervision on February 8, 2021.

4. On April 30, 2020, the Government filed a motion to revoke Mr. Tayborn's supervised release. On May 7, 2021, undersigned counsel was appointed to represent Mr. Tayborn for his supervised release revocation.

5. Undersigned counsel has reviewed Mr. Tayborn's pro se motion for new attorney. Doc 98.

6. Undersigned counsel represented Mr. Jeremy Davis in Lonoke County Circuit Court Case No. 43CR-13-107. On April 8, 2015, Mr. Davis entered a guilty plea in that case. Mr. Tayborn was disclosed as a witness in the case against Mr. Davis. Undersigned counsel interviewed Mr. Tayborn as part of his preparation for Mr. Davis's case. Undersigned counsel disputes Mr. Tayborn's description that when asked about his representation of Mr. Jeremy Davis,

"Mr. Golden said that [Mr. Tayborn] should not worry about it and that nobody knew but us." Further discussion is not possible without violating privilege.

**WHEREFORE**, respondent makes no specific prayer for relief and will continue to represent Mr. Tayborn until relieved by the court.

        Respectfully submitted,

        _____
        Robby Golden, AR Bar No. 2003134
        3700 Cantrell Road, Suite 102
        Little Rock, Arkansas  72202
        (501) 372-8600
        (888) 830-6252  *facsimile*

        ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I, Robby Golden, hereby certify that a true and correct copy of the foregoing Motion has been served electronically through CM/ECF on June 14, 2021 to the following:

Mr. Mike Gordon
Assistant U.S. Attorney

Mr. Reginald Tayborn
Pulaski County Regional Detention
3201 W Roosevelt Rd
Little Rock, AR 72204

        _____
        Robert M."Robby" Golden, No. 2003134
        3700 Cantrell Road, Suite 102
        Little Rock, Arkansas  72202
        (501) 372-8600
        (888) 830-6252
        Attorney.robby.golden@gmail.com