IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:12CR00037-SWW |
| | ) | |
| REGINALD TAYBORN | ) | |

<u>MOTION TO CONTINUE</u>

COMES NOW the United States of America, by and through its attorney, Jonathan D. Ross, Acting United States Attorney for the Eastern District of Arkansas, and Michael Gordon, Assistant United States Attorney, and respectfully requests that the Court continue the supervised release revocation hearing currently scheduled for June 17, 2021, in this case. In support of this request, the United States submits the following:

1. Special Agent Ryan Jacks of the Arkansas State Police was the lead investigator in the new criminal case that forms the basis for the Superseding Petition to revoke Mr. Tayborn's supervised release. Agent Jacks was instrumental in developing most of the evidence that will be presented at the revocation hearing and, therefore, is a critical witness for the United States.

2. Agent Jacks will be on vacation from June 16 – 20, 2021. He then will be in training from June 21-22, 2021. Therefore, Agent Jacks will be unavailable to testify as a witness for the United States at the revocation hearing currently scheduled for June 17, 2021.

3. Prior to filing this motion, counsel for the United States spoke to Robby Golden, counsel for the defendant, who advised he does not oppose this motion, but he has not had an opportunity to consult with Mr. Tayborn about this motion.

Respectfully submitted,

JONATHAN D. ROSS
Acting United States Attorney

MICHAEL GORDON
TX Bar Number 00795383
Assistant U. S. Attorney
P.O. Box 1229
Little Rock, AR 72203
Telephone: (501) 340-2600
E-mail: michael.gordon@usdoj.gov