PROB 12C
ED/AR (08/2022)

# United States District Court

### for the

### Eastern District of Arkansas

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 1 2 2023

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK


### Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: Reginald Lamont Tayborn | | Case Number: 4:12-CR-00037-SWW-1 |

Name of Sentencing Judicial Officer:   Honorable Susan Webber Wright
United States District Judge

Original Offense:   Attempted Bank Robbery

Date of Sentence:   July 20, 2001

Original Sentence:   63 months Bureau of Prisons followed by 3 years supervised release.

On August 26, 2021, the term of supervised release was revoked, and he was sentenced to 24 months Bureau of Prisons, followed by one year supervised release.

| Type of Supervision:   Supervised Release | Date Supervision Commenced:   February 24, 2023 |
|---|---|
| | Date Supervision Expires:   February 23, 2024 |

| U. S. Probation Officer:  Caitlin Avant | Asst. U.S. Attorney:   Michael Gordon | Defense Attorney:   To be appointed |
|---|---|---|

---

## PETITIONING THE COURT

☒   To Issue a Warrant and Seal this Petition Pending Execution (cc: U.S. Probation and U.S. Marshal only)
☐   To Issue a Summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Condition and Number | Nature of Noncompliance |
|---|---|---|
| 1 | Standard (2) | **The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.**<br>On March 23, 2023, Mr. Tayborn violated this condition of supervised release when he failed to report for an appointment with his probation officer as directed. |
| 2 | Mandatory | **The defendant shall not commit another federal, state, or local crime.**<br>On March 26, 2023, Mr. Tayborn violated this condition of supervised release when he entered a Dollar Tree store and took cash from the register and threatened to shoot the cashier if she tried to follow him, as evidenced by his arrest for Aggravated Robbery (Y-felony) and Theft of Property (D-felony), as documented by the Little Rock, Arkansas, Police Department's arrest report 2023-033790. The case is pending in Little Rock District Court in case number |

Prob 12C                                    - 2 -                        Petition for Warrant or Summons
                                                                         For Offender Under Supervision

Name of Offender:  Reginald Lamont Tayborn                    Case Number:  4:12CR00037-SWW-1


LRCR-23-1259. Mr. Tayborn is currently incarcerated at the Pulaski County
Detention Center.


I declare under penalty of perjury that the              The U.S. Attorney's Office submits this petition
foregoing is true and correct.                           to be filed with Criminal Docketing as a motion.


_____              _____
Caitlin Avant                                            Michael Gordon
U.S. Probation Officer                                   Assistant U.S. Attorney


Executed on    March 28, 2023                            Executed on    4/11/23



Approved by:


_____
Supervising U.S. Probation Officer