## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | )   4:12-CR-00037-SWW |
| | ) |
| REGINALD LAMONT TAYBORN | ) |

### UNOPPOSED MOTION FOR A CONTINUANCE OF REVOCATION HEARING

Defendant, by and through counsel, pursuant to the Fifth, Sixth, Eighth, and Fourteenth Amendments to the UNITED STATES CONSTITUTION, and all applicable federal law, moves this Court to enter an order continuing the revocation hearing of this case to a new date allowing defendant to secure transportation. In support of this motion, Defendant states:

1. Defendant is currently set for a revocation hearing on August 11, 2023.

2. On April 12, 2023, the government filed a petition to revoke Mr. Tayborn's supervised release (Doc. 114).

3. On May 26, 2023, defendant appeared for his initial appearance and the Court appointed undersigned counsel to represent Mr. Tayborn. (Doc. 123).

4. On that same date, an order of detention and order to lodge detainer was entered. (Doc 124).

5. Mr. Tayborn is in the primary custody of the State of Arkansas for pending state charges, which are the subject of the petition to revoke his supervised release.

6. He is currently set for trial in case number 60CR-23-1876 on November 28, 2023.

7. On June 29, 2023, the state circuit court authorized Mr. Tayborn to participate in the CSI rehabilitative program at the Pulaski County Regional Detention Facility. Mr. Tayborn

has recently been approved to participate in the CSI rehabilitative program. Mr. Tayborn was moved to the unit that houses the program on August 8, 2023. This is a twelve-week program.

8. Mr. Tayborn advised counsel that he was not allowed to participate in the RDAP program during his most recent incarceration with the Bureau of Prisons due to his pending state charge. Mr. Tayborn believes completion of the CSI program would benefit his continued rehabilitation.

9. Mr. Tayborn respectfully requests that the court continue the final hearing on the government's petition to revoke for ninety days, allowing him to complete the CSI rehabilitation program.

10. The additional time occasioned by the Court's granting of this Motion is excludable under the Speedy Trial Act.

11. Mr. Mike Gordon, Assistant U.S. Attorney, was contacted and has no objection to Defendant's Motion for Continuance of the revocation hearing.

12. Said Motion for Continuance is consistent with the fair, efficient, and effective administration of justice and not made for the purpose of delay.

**WHEREFORE**, the defendant respectfully requests this Court grant Defendant's Motion for Continuance of the presently set revocation hearing, and for all other relief to which he is entitled.

Respectfully submitted,

_____
Robby Golden, AR Bar No. 2003134
3700 Cantrell Road, Suite 102
Little Rock, Arkansas 72202
(501) 372-8600

(888) 830-6252 *facsimile*

ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I, Robby Golden, hereby certify that a true and correct copy of the foregoing Motion has been served electronically through CM/ECF on August 9, 2023 to the following:

Mr. Mike Gordon
Assistant U.S. Attorney

_____
Robert M."Robby" Golden, No. 2003134
3700 Cantrell Road, Suite 102
Little Rock, Arkansas  72202
(501) 372-8600
(888) 830-6252
Attorney.robby.golden@gmail.com