United States District Court Eastern

District of Arkansas

2023 SEP 28 P 12: 03

TAMMY H DOWNS

Sep. 24, 2023

United States

V.

No. 4:12 CR00037-01

Reginald Tayborn.

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 2 8 2023

TAMMY H. DOWNS, CLERK

By: _____ DEP CLERK

Pro Se Motion To discharge an Attorney
For Ineffective Services

Comes Now The Defendant Reginald TayBorn who moves
To Terminate My Attorney Robert M. Golden
Toward as his services have been ineffective/inadequate
based on the following.

1.) For whatever reason Mr Golden as my attorney has
never shown reasonable effort by failing to make
necessary client/attorney visits

2.) Has repeatedly been unprepared or has shown sub-
standard care in representing me or that he is
actually willing to represent me.

3.) Mr. Golden has been unable to be reach on numerous
call attemps nor has he responded to my
letters, message request video or in-person
visits at vital times during During my case
   a.) failing to file motion for Detention hearing
   b.) failing to file timely motion for Probation Revok
   hearing in my behalf →

Defendant prays that the Honorable
court will grant his Motion for
Discharge An Attorney

Enclosure
∴ Honorable Susan W. Wright
Tammy H. Downs, Clerk of Court
Robert M Golden Esq.

Respectfully Submitted
Reginald Taylor