## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **VS.** ) | **4:12-CR-00037-SWW** |
| ) | |
| **REGINALD LAMONT TAYBORN** ) | |

### RESPONSE TO DEFENDANT'S PRO SE MOTION TO DISCHARGE AN ATTORNEY FOR INEFFECTIVCE SERVICES

In support of this response, Undersigned Counsel states:

1. On May 26, 2023, undersigned counsel was appointed to represent Mr. Tayborn. Doc. 123.

2. Undersigned Counsel has previously represented Mr. Tayborn in this case. Doc. 80.

3. Mr. Tayborn has previously attempted to remove undersigned counsel from representing him. Doc. 98. That motion was ultimately withdrawn by Mr. Tayborn. Doc. 104.

4. Again, Mr. Tayborn wishes to terminate the attorney client relationship. Doc. 138.

5. Undersigned counsel has visited with Mr. Tayborn on three occasions to discuss his case. Counsel denies that he has been unprepared to represent Mr. Tayborn or "shown sub standard care in representing" Mr. Tayborn.

6. The relationship with Mr. Tayborn's and his attitude towards counsel has been mercurial throughout.

7. Counsel believes in carrying out his duties to this court through the criminal justice act and will continue in that manner. I am not confident that another attorney will have more success establishing a good working relationship with Mr. Tayborn. However, such an attempt may be the proper course.

**WHEREFORE**, respondent makes no specific prayer for relief and will continue to represent Mr. Tayborn until relieved by the court.

Respectfully submitted,

_____
Robby Golden, AR Bar No. 2003134
3700 Cantrell Road, Suite 102
Little Rock, Arkansas  72202
(501) 372-8600
(888) 830-6252  *facsimile*

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I, Robby Golden, hereby certify that a true and correct copy of the foregoing Motion has been served electronically through CM/ECF or via USPS on September 29, 2023 to the following:

Mr. Mike Gordon
Assistant U.S. Attorney

Mr. Reginald Tayborn
Pulaski County Regional Detention
3201 W Roosevelt Rd
Little Rock, AR 72204

_____
Robert M."Robby" Golden, No. 2003134
3700 Cantrell Road, Suite 102
Little Rock, Arkansas  72202
(501) 372-8600
(888) 830-6252
Attorney.robby.golden@gmail.com